UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CARY CRAWFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:05CV767 HEA |
| ) | |
| METRO NETWORKS COMMUNICATIONS, ) | |
| INC. and CHRISTOPHER LEONARD ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

On **December 6, 2005**, this Court ordered plaintiff to show cause why the complaint against defendant **Metro Networks Communications, Inc. And Christopher Leonard** should not be dismissed without prejudice for failure to serve process within 120 days. Plaintiff has not responded to that order.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that plaintiff's complaint against defendant **Metro Networks Communications, Inc. And Christopher Leonard** is **DISMISSED** without prejudice pursuant to Rule 4(m), Fed.R.Civ.P.

Dated this 29th Day of December , 2005.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE